446 A.2d 673

Corbett v. Corbett, Appellant.

Argued November 9, 1981. Howard Gilfillan, for appellant; Peter Molinaro, Jr., for appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

The order is affirmed.

BECK, J., filed a memorandum dissenting opinion.